IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHARLOTTE KING,
    Plaintiff,

v.

JAMES REAGIN, et al.,
    Defendants.

:
:
:   CIVIL ACTION NO.
:   1:11-CV-1890-WBH
:
:
:

### ORDER

The parties having reported to this Court that they have reached a settlement in this matter, the Clerk is **DIRECTED** to administratively close the action. The parties are **DIRECTED** to contact chambers within a week of this order to report on the status of the settlement.

**IT IS SO ORDERED,** this 18 day of June, 2013.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)